# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of - | ) | |
| | ) | |
| Asturian-Consigli JV, LLC | ) | ASBCA Nos. 64103, 64104, 64275 |
| | ) | |
| Under Contract Nos. N40085-18-D-1124 | ) | |
| T.O. N40085-19-F-7139 | ) | |

APPEARANCES FOR THE APPELLANT:    Lawrence M. Prosen, Esq.
    Benjamin L. Williams, Esq.
    Adam R. Poliner, Esq.
    Magdalena Filipiuk, Esq.
     Cozen O'Connor
     Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Allison M. McDade, Esq.
     Navy Chief Trial Attorney
    Sharon G. Hutchins, Esq.
    Devin A. Wolak, Esq.
     Trial Attorneys

## OPINION BY ADMINISTRATIVE JUDGE WILSON

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $1,900,000. This amount is inclusive of Contract Disputes Act interest. No further interest shall be paid. Each party shall bear its own fees, costs, and expenses.

Dated: June 3, 2026

OWEN C. WILSON
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur

_____
DAVID D'ALESSANDRIS
Administrative Judge
Acting Vice Chairman
Armed Services Board
of Contract Appeals

I concur

_____
ERIC E. LAUFGRABEN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA Nos. 64103, 64104, 64275, Appeals of Asturian-Consigli JV, LLC, rendered in conformance with the Board's Charter.

Dated: June 3, 2026

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2